RECEIVED

JAN 14 2020

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

2013R00757/DEA/MJW/FAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Criminal No. 20- 37 (ES) |
| | : | |
| EDGAR RUIZ-GOMEZ, | : | |
|   a/k/a "Gono," | : | 21 U.S.C. § 963 |
|   a/k/a "Carlitos 2," | : | 21 U.S.C. § 846 |
|   a/k/a "Carlitos 3," | : | |
|   a/k/a "Carlitos 4," | : | |
|   a/k/a "Carlos 4," | : | |
|   a/k/a "Carlitos 5" | : | |
|   a/k/a "Carlos" | : | |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

**COUNT ONE**
(Conspiracy To Import Controlled Substances)

From in or around 2016 through on or about January 10, 2020, in Colombia, Venezuela, the Dominican Republic, and elsewhere, the defendant,

**EDGAR RUIZ-GOMEZ,**
**a/k/a "Gono,"**
**a/k/a "Carlitos 2,"**
**a/k/a "Carlitos 3,"**
**a/k/a "Carlitos 4,"**
**a/k/a "Carlos 4,"**
**a/k/a "Carlitos 5,"**
**a/k/a "Carlos,"**

did knowingly and intentionally conspire and agree with others to import into the customs territory of the United States from places outside thereof, to

include Venezuela, Colombia, and the Dominican Republic, a controlled substance in Schedule II, namely, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, contrary to Title 21, United States Code, Sections 952 and 960(b)(1)(B)(ii).

In violation of Title 21, United States Code, Section 963.

**COUNT TWO**
(Conspiracy To Distribute a Controlled Substance for Unlawful Importation)

From in or around 2016 through on or about January 10, 2020, in Colombia, Venezuela, the Dominican Republic, and elsewhere, the defendant,

**EDGAR RUIZ-GOMEZ,**
**a/k/a "Gono,"**
**a/k/a "Carlitos 2,"**
**a/k/a "Carlitos 3,"**
**a/k/a "Carlitos 4,"**
**a/k/a "Carlos 4,"**
**a/k/a "Carlitos 5,"**
**a/k/a "Carlos,"**

did knowingly and intentionally conspire and agree with others to distribute a controlled substance in Schedule II, namely, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, contrary to Title 21, United States Code, Sections 959, 960(a)(3), and 960(b)(1)(B)(ii).

In violation of Title 21, United States Code, Section 963.

## COUNT THREE
(Conspiracy To Distribute Cocaine)

From in or around 2016 through on or about January 10, 2020, in the District of New Jersey and elsewhere, the defendant,

**EDGAR RUIZ-GOMEZ,**
    **a/k/a "Gono,"**
    **a/k/a "Carlitos 2,"**
    **a/k/a "Carlitos 3,"**
    **a/k/a "Carlitos 4,"**
    **a/k/a "Carlos 4,"**
    **a/k/a "Carlitos 5,"**
    **a/k/a "Carlos,"**

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

1. The allegations set forth in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of the controlled substance offenses alleged in Counts One through Three of this Indictment, the defendant,

**EDGAR RUIZ-GOMEZ,**
a/k/a "Gono,"
a/k/a "Carlitos 2,"
a/k/a "Carlitos 3,"
a/k/a "Carlitos 4,"
a/k/a "Carlos 4,"
a/k/a "Carlitos 5,"
a/k/a "Carlos,"

shall forfeit to the United States of America any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of those offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of those offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

5

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled, pursuant to 21 U.S.C. § 853(p), to the forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

A TRUE BILL,

FOREPERSON

_/s/ Craig Carpenito_
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 20-37-ES

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

EDGAR RUIZ-GOMEZ,
a/k/a "Gono,"
a/k/a "Carlitos 2,"
a/k/a "Carlitos 3,"
a/k/a "Carlitos 4,"
a/k/a "Carlos 4,"
a/k/a "Carlitos 5"
a/k/a "Carlos"

# INDICTMENT FOR
21 U.S.C. § 963
21 U.S.C. § 846

A True Bill.

**CRAIG CARPENITO**
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

LAUREN REPOLE
MEREDITH WILLIAMS
FRANCESCA LIQUORI
ASSISTANT U.S. ATTORNEYS
973-645-2700

USA-48AD 8
(Ed. 1/97)