Edgar Ruiz-Gomez # 65582-509
Metropolitan Detention Center (MDC)
P.O. Box 329002
Brooklyn, NY 11232

January 28, 2024

Honorable Judge Esther Salas
United States District Judge
U.S. District Court
Martin Luther King Jr. Building
50 Walnut Street
Newark, N.J. 07101

    RE: United States vs Edgar Ruiz-Gomez # 16CR00037

Dear Honorable Judge Esther Salas:

I am writing your Honor, respectfully to make you aware of the current, inconvenience I am currently going through. I requested an assignment of new counsel a lil' over 10 months ago, because the previous lawyer was not doing anything to properly represent me in my case. Unfortunatly, the current lawyer which was assigned now has also failed to properly assist me as well. He has only been to MDC Brooklyn twice to see me. The last time being over four months from todays date. He has not provided me with any information regarding my case, I have sent several request to him

Through our inmate corrlinks system, all of which have gone without a response and I have also called his office and left messages for him which have not been answered yet. I am very worried because I really don't know what is going on in my case, I will be in custody for 48th months on February 18, 2024, and again I really don't know what is going on! My wife was diagnosed with lupus and has been suffering hardship because she is alone and still also with this, she is taking care of our 4 year old son, my family needs my help, I am aware I am facing serious charges and need good representation in order to get a fair offer, but my current counsel is not communicating with me. I am humbly asking your Honor to let me know what I should do, I have no one to help me outside and my family is suffering, I'm lost as it is, can you please direct my counsel to reach out to me or assign a new counsel that will help me and represent me. I wait for your Honors response.

Sincerely,

[signature]

76558?-509

Edgar Ruiz-Gomez # 63582-509
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 FEB -6 P 3:33

Honorable Judge Esther Salas
United States District Judge
United States District Court
Martin Luther King Jr. Building
50 Walnut Street
Newark, NJ 07101

07102-$5535-20 1x0

NEW YORK
30 JAN 2024
BIRTHDAY